FILED IN CLERK'S OFFICE
U.S.D.C. Rome

*The Court's Copy*
*Original*

NOV 0 5 2010

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

4:10CV189-HLM

Ronnie Joe VanZant #487112
(Enter above the full name and prisoner
identification number of the plaintiff.)

-vs-

George Stafford Kerr, M.D.
MS. _____ Griffith, P.A.

(Enter above the full name of the defendant(s).)

I.    **Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court dealing with (1) the same
   facts involved in this action, or (2) otherwise relating to your imprisonment?

            Yes (X)    No (  )

   B.    If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell
   us whether the "old" case involves the same facts or other issues. (If there is more
   than one lawsuit, describe the additional lawsuits on another piece of paper, using the
   same outline.)

      1.    Parties to this previous lawsuit:

            Plaintiff(s):   Ronnie J. VanZant

            Defendant(s):   Whitfield County Detention Center

      2.    Court (if federal court, name the district; if state court, name the county):
            Northern District

      3.    Docket Number:   4:10-CV-0087-HLM-WEJ

I.   **Previous Lawsuits (Cont'd)**

    4.   Name of judge to whom case was assigned: _unKnown_

    5.   Did the previous case involve the same facts?

           Yes ( )     No (X)

    6.   Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?): _Pending_

    7.   Approximate date of filing lawsuit: _June or July of 2010_

    8.   Approximate date of disposition: _pending_

II.   **Exhaustion of Administrative Remedies**

    A.   Place of Present Confinement: _Central State Prison_

    B.   Is there a prisoner grievance procedure in this institution?
           Yes (X)    No ( )

    C.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
           Yes ( )    No (X)

    D.   If your answer is YES:

        1.   What steps did you take and what were the results?
_This suit is not brought against the State Prison System; it is brought against medical staff at a County Jail. And Yes, a grievance procedure was exhausted to no avail - answer, This grievance has no ment - all grievance at the Said Jail is answered in the exact words..._

        2.   If your answer is NO, explain why not: _____
_Jail grievance procedure._

III.   **Parties**

    (In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

    A.   Name of Plaintiff(s): _Ronnie Joe VanZent_
_G.A.D.O.C. # 487112_

**III.    Parties (Cont'd)**

Address(es):  Central State Prison
4600 Fulton Mill Road
Macon, GA 31208

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Do the same for each additional defendant, if any.)

B.    Defendant(s): #1; George Stafford Kerr
#2; ms.     Griffith

Employed as #1; Medical Doctor
#2; Physician assistant.

at Whitfield County Detention Center, 805 Professional Blvd, Dalton GA 30721

**IV.    Statement of Claim**
State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Claims, one, two, three, four, five and six are claims of Deliberate Indifference

Claims one; is directed towards Defendant(s) Kerr and Griffith

Claim two; is directed towards Defendant Kerr

Claim three; is directed towards Defendant Kerr

Claims four; is directed towards Defendant(s) Kerr and Griffith

Claim Five; Is directed towards Defendant Griffith

Claim Six; Is directed towards Defendant Kerr

**IV.    Statement of Claim (Cont'd)**

Claim Seven: To be determined by the Courts/Jury
Defendant Kerr misrepresented the facts inclosed
in Plaintiffs Jail medical Records — These were
lies, facts omitted, and opinions stated without
any facts to back them... That ultimately
thwarted Plaintiffs future adequate medical
Care worth in the state prison system.

SEE ATTACHED 8-pages of Claims +
FACTS...

**V.     Relief**

State briefly exactly what you want the Court to do for you.  **Make no legal arguments.**
**Cite no cases or statutes.**

ONE! Damages in the amount to be determined
        at Trial

TWO: A Jury to Try the Case

THREE: Reasonable Cost and attorney fee's

FOUR: Any other relief this court deems
        appropriate.

**V.     Relief (Cont'd)**

_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this ___1st___ day of ___November___, ___2010___

_Ronnie D VanZant_
Signature of Plaintiff

STATE OF ___Georgia___
COUNTY (CITY) OF ___Macon___

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON ___11-1-10___
         (Date)

_Ronnie D VanZant_
Signature of Plaintiff

✳ Jurisdictional  Venue ✳

Accordingly, this is a civil action under 42 U.S.C. § 1983 against the defendant(s) who are employees/agency of the County and State of Georgia. Specifically, The Whitfield County Detention Center. And to redress cruel and unusual punishment (8th amendment) inflicted upon Plaintiff in violation of the Due Process (14th amendment) of the United States Constitution.

✳ FACTS AND RECORDS WILL SHOW ✳

1) The statement, with records, and facts, will show at least –7– claims and grounds that the Defendant Doctor George Stafford Kerr, in his individual Capacity had carnal Knowledge of Plaintiff's cronic medical desease (seizure disorder), and maliciously and wotanly exhibited deliberate indifference that caused serious bodly injuries to Plaintiff subject to the Violation of the 8th amendment. and that...

2) The Statement, with records and facts, will show at least seven (7) claims and grounds that the Defendant, Physician Asstant, ms.                Griffith in her individual Compacity had carnal Knowledge of Plaintiffs cronic medical desease (seizure disorder), and still maliciously and wotanly exhibited deliberate indifference that caused serious bodly injuries to Plaintiff subject to the violation of the (8th) Amendment off the U.S. Constitution

[ Pg 1of 8 ]

## **IV**   STATEMENT OF CLAIM W/ GROUNDS

3) On or about 4-27-10, Plaintiff was arrested and confined et the Whitfield County Detention Center

4) The Defendent(s), whether by contract or paycheck, are employed as agence by the Whitfield County Detention Center as Doctor and Physician assistent for the medical Department of this said facility

5) The Defendent, George Stafford Kerr, M.D. and Defendant, Ms. _____ Griffith, P.A. By and through each other make all the find calls and decissions realated to medical care and treatment et this named facility.

6) Upon initial intake/receiving of Plaintiffs arrest et this said facility, (W.C.D.C.), Plaintiff fully informed the intake duty officer of his seizure disorder and the medications he's on.
  NOTE: Plaintiff's seizure medications consist of 900 mg of nurontin 3x daily.

Claim one: The Defendent(s) had carnal Knowledge of Plaintiffs seizure disorder through the medical appication of inteke, yet still failed to acknowledge care and treatment for Plaintiff.

7) Soon thereafter, on or about 4-28th or 29th of 2010, in court, via T.V. court, Plaintiff had a seizure

[ Pg 2 of 8 ]

8) Due to this seizure, Plaintiff was taken to medical to be evaluated and treated by Defendant, ms. ——— Griffith, P.A. Subsequently, plaintiff was placed on 600mg of nurentin 3x daily

9) Soon thereafter, on or about 5-2-10, plaintiffs Nurentin was suddenly, without notification, discontinued, as a substitute without notification, plaintiff was placed on DepaKote 3x daily.

CLAIM TWO: The medical decission to order the discontinuation of plaintiffs nurentin medication and to place him on an alterntive medication was done without talking with the patient/plaintiff and without the diagnosis or any pre-notice to plaintiff to see if plaintiff can take said alternate medication. This order had to be signed by Defendant Kerr

10) Within a few days of plaintiff taking this DepaKote, he broke out into a full body rash.
  NOTE: If the defendant(s) would of took time to either discuss alternative medications or retrieved prior medical records they would of seen the types of medication plaintiff can or can not take

11) On or about 10-3 or 4 of 2010 plaintiff put in another $5.00 sick call request informing medical and the Defendants of the DepaKote induced Rash.

12) Then on or about 5-6-10, plaintiffs medication of DepaKote was discontinued

[ pg 3 of 8 ]

and the plaintiff was placed on Dilantin 3x daily.

NOTE: Once again this medication change was done without notification or evaluation to determine its effect or ineffect on plaintiff.

CLAIM THREE: The defendant(s) are now act careless in there profession and individual capacity... The order to change medications of a patient rather prisoner or not, takes some kind of pre-evaluation of the patient/plaintiff. Plaintiff was not put in jail for these Defendant(s) to experiment on him.

NOTE: Question presented, what is the protocol standards in issueing new alternative medication to a patient?

NOTE: Doctor Kerr, is not a nuroligist

13) A few days after taking the Dilantin medication, Plaintiffs eye-site began to deteriote rapidly. To the point that even large objects where a blurr, And Plaintiff began to have Optical migrans.

14) On 5-10-10 plaintiff initicted another $5.00 sick call informing the defendant(s) of the new side effects to the dilantin medication - to no avail.

15) The optical migrans and blurred vision got so bad that plaintiff had to refuse this Dilantin.

[ Pg 4 of 8 ]

16) Plaintiff went about a week refusing the Dilantin Medication. Then on or about 5-20 to 5-23 of 2010, a female officer from the cell block officer station called out on the cell block intercom giving plaintiff a massage from medical that went as follow... Quote, medical says if you write out a statement refusing the jails protacall medications, they can then begin giving me the medications I'm use to taken. Un quote.

  NOTE: Plaintiff has witness statements to testify to this statement.

17) Plaintiff did as requested, but soon found out it was a trick maliciously orchastrated by P.A. Griffith.

  NOTE: now plaintiff is being denied all medical treatment. by the medical department.

CLAIM FOUR: The Defendant(s) by malfeseance of duty, con- veniently munipulated plaintiff so they can stop all treatment a care —

18) During the month of June 2010, plaintiff exhuasted his grievance procedures direct towards the Defendant(s) for the denial of adequate medical treatment + medications.

19) On or about 6-22-10, plaintiff had another seizure. Plaintiff was brought to medical and purportably was for the seizure concern, However, P.A. Griffith greeted plaintiff with smiles and said she does not beleve plaintiff is having seizures anymore. She said the last records she could fine addressing the seizures dis- order was back in 2004. That she need something more recent if plaintiff was going to get any seizure medication from them... She concluded her sirmon with "have a nice day" as she walked away

[Pg 5 of 8]

CLAIM FIVE: Defendant Griffith made a medical decission that was beyound her responsibilities. She had carnal Knowledge of not only plaintiffs seizures in jail, but also a post histroy of Seizures... yet still denied plaintiffs medication.

20) On or about 6-23 or 6-24 of 2010, plaintiff was brought back to the medical Department. However, this time Defendant Kerr addressed plaintiff by Stating — I believe your faking and lying about your seizures, and if you complain about these "seizures" anymore, he's going to file criminal charges against plaintiff. ~~Please~~ Plaintiff was Sent back to his cell block

21) Then on or about 7-3-10, three inmates jumped plaintiff, beat him up. aparently no injuries serious enough for medical treatment... I was denied medical treatment again.
   Plaintiff was then moved to another cell block that placed him in a upper level – upper bunk living arraingment

22) Plaintiff informed the duty officer of his seizure disorder that demanded a lower level – lower bunk. The duty officer laughed and denied plaintiffs concerns.

23) Plaintiff slept on this upper level – upper bunk assignment for two days... and then

[Pg 6 of 8]

24) On or about 9:30 am on 7-5-10, plaintiff had a seizure while going up the steel stairs to his cell. This seizure caused savior injuries that had to have plaintiff transported, via ambulance, to the local Hospital

    NOTE: medical records will show most the injuries.

25) After all the brain scans and x-rays - the tending physician and nurologist decided to place plaintiff on 600mg nurantin 3x daily and Kappra 2x daily for the seizure disorder. Plaintiff was also given pain medication for the injuries and referreled to an orthipedic surgen.

26) Upon returning at the jail (W.C.D.C.), plaintiff was housed at a lower level - lower bunk assignment.

27) The Defendant(s) still refused to honor the tending Nurologist priscription ... plaintiff was only givin the Kappra and was denied the nurontin

28) Plaintiff was forced to file another $5.00 sick call request and complaint to caption Lynch before a week later Defendant granted the nurontin medication for the plaintiff.

CLAIM SIX: The Defendant(s), after yet another seizure that caused grate bodly injuries, and a nurologist medical diagnosis and Order, still refused to give plaintiff his seizure medications. for another week. And now the Defendant(s) refused to treat plaintiffs new injuries.

[pg 7 of 8]

29) In an abundance, the defendant(s), inmates, and officers of the (W.C.D.C.) have witnessed at least 3-seizure attack. of the plaintiff, this gives the Defendant(s) carnal Knowledge — not to mention the Thomasville GA medical records they retrieved, yet still, plaintiff was refused his mandatory seizure medications.

30) The Defendant(s) further made contorted factual statements, lies, and omitted information on plaintiffs institutional medical files of (W.C.D.C.) that is ultimately ~~those~~ thwarting plaintiffs continuous medical care within the GA. D.O.C..

CLAIM SEVEN: The actions discribed, in paragraph (30) above is malicious malfeasance, Fraudulently preparing plaintiffs medical records to cause plaintiff future pain and suffering is without a doubt, deliberate indifference.

31) These said medical records prepared by the defendant(s) has followed him to prison and is now hunting him where plaintiff is being challenged to receive his medication for seizures.

CLAIMS = any other this court and jury deems approprecte.

[Pg 8 of 8